IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

EDGAR JUAREZ VILLATORO,           )
                                  )
            Petitioner,           )
                                  )
    v.                            )
                                  )    1:25-cv-2359 (AJT-WEF)
KRISTI NOEM, *et al.*,            )
                                  )
            Respondents.          )

## **ORDER**

Before the Court is Petitioner Edgar Juarez Villatoro's Amended Petition for a Writ of

Habeas Corpus [Doc. No. 11] (the "Petition") and his Motion for a Temporary Restraining Order

[Doc. No. 4] (the "Motion"), and the memorandum in support thereof, [Doc. No. 5], requesting

that the Court issue a temporary restraining order ("TRO"), or in the alternative, a preliminary

injunction, directing Respondents to release Petitioner from detention as well as other relief, to

which Respondents have filed an opposition, [Doc. No. 8], and a supplemental opposition, [Doc.

No. 14]. On December 17, 2025, the Court entered an Administrative Stay enjoining Respondents

from removing the Petitioner from this judicial district or the United States pending further order

of the Court. [Doc. No. 6]. On December 22, 2025 and January 6, 2026, the Court held hearings

on the Petition and the Motion, at which the Court granted the Petition and Motion in part. For

the reasons stated in open court, it is hereby

**ORDERED** that the Petition and Motion are GRANTED in part and Respondents are

(1) DIRECTED, with respect to the revocation of Petitioner's order of supervision, to

provide Petitioner with a review by the Headquarters Post-Order Detention Unit Director that

includes "a final evaluation of any contested facts relevant to the revocation and a determination

whether the facts as determined warrant revocation and further denial of release," § 241.4(l)(3); and

 (2) AFFORD Petitioner with Immigration Judge review of the agency's negative fear determination of Petitioner's removal to Mexico, pursuant to 8 C.F.R. § 208.31; and

 (3) Respondents and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are ENJOINED from removing Petitioner from this judicial district and the continental United States until such time an Immigration Judge reviews Petitioner's negative fear determination of removal to Mexico, the Immigration Judge affirms such a negative determination, and the time for all administrative and judicial appeals has elapsed; and the Motion and Petition are otherwise DENIED.

 The Clerk is directed to forward copies of this Order to all counsel of the record.

January 6, 2026
Alexandria, Virginia

/s/
Anthony J. Trenga
Senior United States District Judge

2